AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

**FILED**

**DEC 13 2019**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>JEFFREY DAVID REUTER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:19 MJ 7498 SPM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 10 and 11, 2019__ in the county of __St. Francois__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(8) | Possession of a firearm by a subject with domestic restraining order |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Mark Berry, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/13/2019__

_____
*Judge's signature*

City and state: __St. Louis, Missouri__  Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*