FILED
DEC 13 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) No. 4:19 MJ 7498 SPM
vs. )
)
JEFFREY DAVID REUTER, )
)
Defendant. )

**MOTION FOR PRETRIAL DETENTION**

Comes now the United States of America, by and through its Attorney, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with possessing a firearm while subject to a Full Order of Protection, in violation of Title 18, United States Code, Section 922(g)(8).

2. Defendant is suspected of writing extortionate and threatening communications to three state court judges who entered orders against him in a divorce proceeding and who entered the Full Order of Protection against him.

3. Defendant's threats are part of an ongoing course of conduct showing increasing aggression towards these judges.

4. For a fuller statement of the Defendant's conduct in this case, see the Affidavit in Support of a Criminal Complaint.

5. Pursuant to Title 18, United States Code, Section 3142(g),

   (a)  the nature and circumstances of the offense charged;

   (b)  the weight of the evidence against defendant;

   (c)  the defendant's history and characteristics; and

   (d)  the nature and seriousness of the danger to any person or the community that would be posed by defendant's release,

warrant defendant's detention pending trial.

  6.  There is a serious risk that the defendant will flee.

WHEREFORE, as there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community, the Government requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

             Respectfully submitted,

             */s/ Jeffrey B. Jenson*
             JEFFREY B. JENSEN, #46745(MO)
             United States Attorney
             111 South Tenth Street, 20th Floor
             Saint Louis, Missouri   63102
             Telephone: (314) 539-2200
             Facsimile: (314) 539-3887