UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY REUTER,<br><br>Defendant. | )<br>)<br>)<br>)  No.  **4:21CR00425 RWS/DDN**<br>)<br>)<br>)<br>)<br>) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown and continuing through December 10, 2019, and ending on or about December 11, 2019, in St. Francois County, within the Eastern District of Missouri,

**JEFFREY REUTER,**

the Defendant herein, knowing he was subject to a court order issued on December 13, 2017, by the 21st Judicial Circuit Court of Missouri in case number 17SL-PN05581, and issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, knowingly possessed one or more firearms, and the firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(8).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JASON S. DUNKEL, #65886MO
Special Assistant United States Attorney