UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY REUTER, )<br>)<br>Defendant, ) | No. 4:21 CR 425 RWS DDN |

## MOTION FOR CONTINUED DETENTION

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jason Dunkel, Assistant United States Attorneys for said District, and renews its request that this Court order Defendant detained pending trial, as previously moved for (Doc. #8).

As and for its grounds, the United States of America states as follows:

1. Defendant was charged with a complaint on December 13, 2019, in Case Number 4:19-MJ-07498-SPM. Defendant made his initial appearance on July 26, 2021, and the Detention Hearing is set for July 29, 2021.

2. The Government renews its request to detain the Defendant.

3. Defendant has now been indicted for possessing a firearm while subject to an order of protection, in violation of Title 18, United States Code, Section 922(g)(8).

4. Defendant came to the attention of police after he personally delivered threat threatening and extortionate notes at the homes of three state court judges. When police located Defendant at a residence in St. Francois County, he refused to surrender himself and through a police negotiator threatened use of force if police broke into his home. Police were able to defuse

the situation caused by Defendant and convince him to surrender only after they got him to speak to his mother by phone.   After Defendant surrendered, police recovered a loaded firearm from his residence.

     5.     There is a continued serious risk that the Defendant will flee if released on bond.

     6.     There is a continued threat to the community if the Defendant is released on bond.

WHEREFORE, the Government requests that the previous order of detention continue against Defendant.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jason S. Dunkel*
JASON DUNKEL, #65886(MO)
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Jason.Dunkel@usdoj.gov
Telephone: (314) 539-2200
Facsimile: (314) 539-3887