UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4: 21 CR 425 RWS / DDN |
| | ) | |
| JEFFREY REUTER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR APPOINTMENT OF REPLACEMENT COUNSEL

Following the hearing held on November 15, 2021,

**IT IS HEREBY ORDERED** that the emergency motion of defendant Jeffrey Reuter for new counsel **(Doc. 48) is sustained**. The Clerk will select replacement counsel for the Federal Public Defender's Office randomly from the CJA panel of the Court for appointment to represent defendant. Defendant's motion to dismiss and to suppress evidence (Doc. 44) remain pending.

　　　　　　　　　　　　　　　　　　/s/ David D. Noce
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on November 15, 2021.