UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.:   4:21CR00425 RWS/DDN |
| ) | |
| JEFFREY REUTER ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW counsel, Joan K. Miller, and moves to withdraw her representation of Jeffrey Reuter for the following reasons:

1. Counsel was appointed to represent defendant on November 16, 2021.
2. Counsel has given defendant legal advice based upon her knowledge and experience doing Orders of Protection for several years through her work with the former Legal Advocates for Abused Women.
3. Defendant states that he disagrees with this advice and therefore does not trust counsel.
4. Defendant also states that he does not believe that counsel can effectively represent him and asks for another attorney to represent him.
5. Defendant accused counsel of colluding with the government and other entities and not representing his best interests.
6. Defendant states that he has been ignored by counsel as he has met via Zoom with counsel on November 19, 2021 and January 3, 2022.  Counsel received discovery from previous counsel in early
7. December and her office was closed from December 17, 2021 until January 3, 2022.

WHEREFORE, counsel respectfully requests that this Motion be granted.

Respectfully submitted,

/s/ Joan K. Miller\
Joan K. Miller, 46903MO\
Attorney for Jeffrey Reuter\
1515 Warson Rd., Ste. 249\
St. Louis, MO 63132\
314-997-7700 telephone\
314-997-7705 fax\
joanmiller@prodigy.net

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on this 3rd day of January, 2022 with the Clerk of the Court.

/s/ Joan K. Miller\
Joan K. Miller