RECEIVED
BY MAIL
JAN 24 2022

IN THE UNITED STATES DISTRICT COURT
EASTERN MISSOURI

| UNITED STATES OF AMERICA | |
| Plantiff, | |
| v | Case: 4:21 CR425 RWS-DDN |
| JEFFREY D REUTER | |
| Defendant | |

MOTION FOR ORDERS WHICH COMPEL PRODUCTION OF EVIDENCE; RELEASE DEFENDANT OR TRANSFER DEFENDANT TO A SAFE FACILITY; AND CAUSE AN INVESTIGATION INTO AN ASSAULT ON DEFENDANT BY OFFICERS AT THE CRAWFORD COUNTY JAIL

Comes Now, JEFFREY D REUTER, Defendant for his motion for the above stated orders and he states:

On December 26, 2021, Defendant was assaulted by two officers at the Crawford County Jail where Defendant is detained. The details of the assault can be provided to the Court via an order that compels Lt. Tommy Peart of the Crawford County Jail to furnish to the Court all correspondence between Lt Peart and Defendant since December 26, 2021, reports regarding the assault, and relevant video of the assault.

Defendant asked that Lt. Peart contact the U.S. Marshals and request an investigation into the assault by either the U.S. Marshals or FBI. If she has not granted Defendant's request, Defendant asks the Court to order an investigation.

1

Defendant has sustained injuries from the assault. Crawford County Jail is not a safe facility for detainees. For his well being, Defendant asks for pretrial release, or at the very least, for the U.S. Marshalls to transfer Defendant from Crawford County Jail to a safe facility.

For the above reasons, Defendant asks for an order to compel the Crawford County Jail administration to produce evidence of the assault on Defendant on December 26, 2021, an order which causes the release or transfer of Defendant, and an order which causes an investigation into the assault on Defendant.

Sincerely,
JD Reuter
Jeffrey D Reuter

IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSOURI

UNITED STATES OF AMERICA
  Plaintiff,

v.                                           Case: 4:21CR425 RWS-DDN

Jeffrey D Reuter
  Defendant.

DEFENDANT'S MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR ORDERS TO COMPEL PRODUCTION OF EVIDENCE, RELEASE DEFENDANT OR TRANSFER DEFENDANT TO A SAFE FACILITY, AND CAUSE AN INVESTIGATION INTO AN ASSAULT ON DEFENDANT BY OFFICERS AT THE CRAWFORD COUNTY JAIL

On December 26, 2021, between the hours of 5pm and 8pm, inside the Crawford County Jail in Steelville, Missouri, Defendant and federal detainee, Jeffrey D Reuter was apprehended by Officer Jarich and Officer Richard in B Pod in front of Defendant's cell, B 15/16. Defendant was placed in handcuffs with his hands behind his back. Defendant did not resist.

Defendant was escorted by Officer Jarich and Officer Richard from B Pod to Cell 5, located across from the booking desk. Upon entering Cell 5, Defendant saw, on his left, a hole in the floor with metal bars over the top of it, feces on the floor next to the hole, and toilet tissue containing feces lying next to the hole and atop the bars over the hole. Defendant said to Officer Jarich and Officer Richard, "I can't stay here, there's shit on the floor." Officer Jarich advanced Defendant forward and said, "Get on your knees." Defendant said, "I'm not getting on my knees. There's shit

1

on the floor." Officer Jorich repeated his order. Defendant replied, "no." Officer Jorich and Officer Richard then forced Defendant forward and down onto a cement platform that stood approximately three feet high. Defendant was pinned down by both officers as Officer Jorich removed the handcuffs from Defendant. Officer Jorich ordered Defendant to put his hands on his head, one by one, as he removed the handcuffs and ordered Defendant to remain in that position until Officer Jorich and Officer Richard exited the cell. Defendant complied.

Since Defendant didn't physically resist the officers at any point, and Defendant doesn't have a history of violence at the Crawford County Jail or elsewhere, it's logical to conclude that Officer Jorich could have removed the handcuffs while Defendant was standing, and the officers could have exited the cell without incident. However, Officer Jorich and Officer Richard employed strong arm tactics which injured Defendant's back. The extent of the injuries is unknown as Defendant's requests to see a doctor have not been granted. Defendant has multiple symptoms of dysfunction in his back that were not present prior to the assault.

Officer Jorich and Officer Richard were made aware by Defendant that there was feces on the floor of Cell 5, yet they escorted Defendant into the cell anyway. Officer Jorich ordered Defendant to get on his knees having been told a second time by Defendant that there was feces on the floor. Defendant was then assaulted by Officer Jorich and Officer Richard and confined to a filthy cell for an unknown length of time. Defendant was denied access to a bathroom located approximately twenty feet from Cell 5 by Officer Broom

2

and advised by Officer Broom that defecation would have to be executed by squatting over the hole inside the cell. The behavior of the Crawford County Jail officers was barbaric, and the conditions that Defendant was subjected to were inhumane.

In this case, Defendant is being held in jail before trial even though there isn't evidence to convict him. Defendant's court appointed attorneys have prolonged Defendant's detention in jail by ignoring Defendant's pleas to file documents and to schedule a trial. The Court, itself, and its officers have falsified documents and fabricated lies in order to support a detention order. And now, Defendant has been assaulted and injured by officers at the Crawford County Jail. This seems like a system of justice one could expect in N. Korea, not the United States of America.

Evidence of the assault that Defendant believes the Court needs to see is:

- Video from December 26, 2021 5pm until December 27, 2021 5am, inside the Crawford County Jail from the camera in B Pod, from the camera in Cell 5 located across from the booking desk, and from all cameras located between B Pod and Cell 5, including any camera which covers the officer side of the booking desk

- All communications between Lt. Pearl of the Crawford County Jail and Defendant from December 26, 2021 to date.

Defendant wishes to press charges against Officer Jarich and Officer Richard. Defendant asks that the Court assist him in this matter by contacting the proper authorities and ordering Lt. Peart to hand over the evidence specified above to the Court and to the proper authorities and to Defendant.

The situation is worsening by the day. Officer Broom and Officer Poe witheld Defendant's medication December 30, 2021 and December 31, 2021. Please help.

Sincerely,
D Reuter
Jeffrey D Reuter

4

Certificate of Service

I hereby certify that on January 19, 2022, the foregoing was hand delivered to Crawford County Jail staff, in an addressed envelope to be stamped by Crawford County Jail staff and mailed to:

Jennifer L. Szczucinski
Asst. U.S. Attorney
111 S. 10th Street, 20th floor
St. Louis, MO 63102

Jeffrey D. Reuter

Reuter
Crawford County Jail
210 S 3rd St.
Steelville, MO 65565

SPRINGFIELD MO 658
20 JAN 2022 PM 3

United States District Court Clerk
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO 63102

RECEIVED
JAN 24 2022
BY MAIL

Legal

Legal

63102-112325