UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21 CR 425 RWS |
| JEFFREY REUTER, | ) |
| Defendant. | ) |

## ORDER

As discussed on the record at the hearing held on June 9, 2023,

**IT IS HEREBY ORDERED** that I will adopt and incorporate United States Magistrate Judge David D. Noce's thoughtful and thorough report and recommendation dated April 24, 2023 [130].

**IT IS FURTHER ORDERED** that Defendant Jeffrey Reuter's motion to suppress evidence and statements [44] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Jeffrey Reuter's motion to dismiss the indictment [96] is **DENIED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June 2023.